UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21168-CIV-KING
CASE NO. 07-22821-CIV-KING

MID-CONTINENT CASUALTY COMPANY,

    Plaintiff,

v.

FLORIDA CONTRACTING & CONSTRUCTION
SERVICES, INC., a Florida corporation,
DONALD J. PLINER and LISA F. PLINER,

    Defendants.

-consolidated with-

FLORIDA CONTRACTING & CONSTRUCTION
SERVICES, INC., a Florida corporation,

    Plaintiff,

v.

COLONY INSURANCE COMPANY,
an Arizona corporation,
GENERAL SECURITY INDEMNITY
COMPANY OF ARIZONA,
a New York corporation,
MID-CONTINENT CASUALTY COMPANY,
an Oklahoma corporation,
DONALD J. PLINER, individually, and
LISA F. PLINER, individually,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the court upon the Plaintiff's Notice of Settlement with

the Defendants (D.E. #37) filed May 30, 2008. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED**.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of June, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Maureen Genevieve Pearcy, Esq.
Ronald Lee Kammer, Esq.
Barbara Fernandez, Esq.
Hinshaw & Culbertson LLP
9155 S Dadeland Boulevard
Suite 1600 PO Box 569009
Miami, FL 33156
*Counsel for Plaintiff Mid-Continent Casualty Company*

David L Swimmer, Esq.
Peter Michael Hoogerwoerd, Esq.
David L. Swimmer, P.A.
7990 SW 117th Avenue
Suite 100
Miami, FL 33183
*Counsel for Defendant Florida Contracting & Construction Services, Inc.*

David Charles Pollack, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson
150 W Flagler Street
Suite 2200
Miami, FL 33130
***Counsel for Defendants Donald J. Pliner and Lisa F. Pliner***

Stephen John Riley, Esq.
Stephen J. Riley, P.A.
2631 E. Oakland Park Blvd
Suite 201
Fort Lauderdale, FL 33306
***Counsel for Defendant Colony Insurance Company***

Richard Brian Simring, Esq.
Jorden Burt LLP
777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
***Counsel for Defendant General Security Indemnity Company of Arizona***